UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUINTON REECE LANE MARTIN                                                PLAINTIFF

V.                           No. 3:22-CV-00051-DPM-JTR

JACKSON COUNTY SHERIFF'S
DEPARTMENT; JACOB REDMAN,
Officer, Jackson County Detention Center                              DEFENDANTS

## ORDER

Plaintiff's Motion to Correct his name (*Doc. 6*) is GRANTED. The Clerk is directed to amend the docket sheet to reflect that Plaintiff's correct name is "Quinton Reece Lane Martin."

IT IS SO ORDERED this 21st day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE