# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

QUINTON REECE LANE MARTIN                                PLAINTIFF

V.                   No. 3:22-CV-00051-DPM-JTR

JACKSON COUNTY SHERIFF'S
DEPARTMENT; JACOB REDMAN,
Officer, Jackson County Detention Center                 DEFENDANTS

## ORDER

On March 25, 2022, mail sent to Plaintiff Quinton Reece Lane Martin ("Martin") at his address of record, the Jackson County Detention Center, was returned undelivered, stamped "Return Sender Not at this address." *Doc. 8*. He has not provided the Court with a change of address. The Court has previously notified Martin of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 5*.

IT IS THEREFORE ORDERED THAT:

1. If Martin wishes to continue pursuing this lawsuit, he must, within thirty (30) days of the date of this Order, file a notice of his current mailing address.[1]

2. If Martin does not timely and properly comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

---

[1] If Martin has been released from incarceration, he will then be required to file an updated *in forma pauperis* application or pay the $402 filing fee for this action.

2

IT IS SO ORDERED this 29th day of March, 2022.

                                                                        _____
                                                                        UNITED STATES MAGISTRATE JUDGE