IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUINTON REECE LANE MARTIN                                 PLAINTIFF

v.                       No. 3:22-cv-51-DPM-JTR

JACKSON COUNTY SHERIFF'S
DEPARTMENT and JACOB REDMAN,
Officer, Jackson County Detention Center                   DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 15*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Martin's claims against the Jackson County Sheriff's Department will be dismissed without prejudice for failure to state a claim upon which relief may be granted. His failure to protect claim against Defendant Redman will go forward.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2022