### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

QUINTON REECE LANE MARTIN                                                    PLAINTIFF

V.                                        No. 3:22-CV-00051-DPM-JTR

JACOB REDMAN,
Officer, Jackson County Detention Center                         DEFENDANT

## ORDER

The Clerk is directed to prepare a summons for Officer Jacob Redman at the

Jackson County Detention Center ("JCDC"). The United States Marshal is directed

to serve the summons, Plaintiff's Complaint (*Doc. 1*), the Court's Partial

Recommended Disposition and Order (*Docs. 15 & 16*), and this Order on him at the

JCDC, without prepayment of fees and costs or security therefor.[1]

IT IS SO ORDERED this 2nd day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]If the Defendant is no longer a Jackson County employee, the individual responding to service must file a **sealed** statement providing the Defendant's last known private mailing address.