**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

QUINTON REECE LANE MARTIN                                                    PLAINTIFF

V.                              No. 3:22-CV-00051-DPM-JTR

JACOB REDMAN,
Officer, Jackson County Detention Center                              DEFENDANT

**<u>ORDER</u>**

On August 2, 2022, the Court directed service of Plaintiff's Complaint on Defendant Jacob Redman ("Redman") at the Jackson County Detention Center. *Doc. 18*.

On August 18, 2022, the summons was returned undelivered. *Doc. 20*. The Court has been provided with Redman's last known address, which has been filed *under seal*. *Doc. 23*.

Accordingly, the Clerk is directed to prepare a new summons for Redman, and the United States Marshal is directed to serve the summons, Plaintiff's Complaint (*Doc. 1*), the Court's Partial Recommended Disposition and Order (*Docs. 15 & 16*), and this Order on him at his *sealed* last known address.

IT IS SO ORDERED this 29th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE