# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

QUINTON REECE LANE MARTIN
ADC #161005                                                                               PLAINTIFF

v.                              No. 3:22-cv-51-DPM

JACOB REDMAN, Officer,
Jackson County Detention Center                                                           DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's recommendation, *Doc. 52*, and overrules Martin's objections, *Doc. 56*. Fed. R. Civ. P. 72(b)(3). Redman's motion for summary judgment, *Doc. 33*, is granted. Martin's motions to extend time, *Doc. 43, 44, 49 & 61*, motion to amend, *Doc. 46*, and motions for subpoenas, *Doc. 62 & 63*, are denied without prejudice as moot. His motion for a status update, *Doc. 60*, is granted. The Court directs the Clerk to send Martin a copy of the docket sheet.

Martin's failure to protect claim against Redman will be dismissed without prejudice for failing to exhaust his administrative remedies. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2023